1
2
3
4  Michael A. Patterson, WSBA 7976
5  Michael T. Kitson, WSBA 41681
   PATTERSON BUCHANAN FOBES LEITCH &
6  KALZER, INC., P.S.
   2112 Third Avenue, Suite 500
7  Seattle, WA  98121
8  Tel. 206.462.6700
   Attorneys for Defendant Spokane County
9

Hon. Rosanna M. Peterson

10           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF WASHINGTON

11  LISA ORVIS, a single woman and
12  others similarly situated,
                                            No. CV-10-424-RMP
13            Plaintiff,
                                            JOINT MOTION FOR
14     vs.                                  PRELIMINARY APPROVAL OF
                                            PROPOSED CLASS ACTION
15  SPOKANE COUNTY, a municipal             SETTLEMENT AND FORM
    corporation,                            AND MANNER OF NOTICE
16
             Defendant.
17

18      Plaintiff Lisa Orvis and Defendant Spokane County, by their undersigned
19  counsel, hereby jointly move the Court for an Order:  (1) granting preliminary
20
21  approval of the parties' proposed *Settlement*; (2) approving the form and manner
22  of notice to the *Class* of this class action lawsuit and settlement; (3) and
23  approving the proposed schedule for notifying *Class Members*.
24
25

JOINT MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT AND
FORM AND MANNER OF NOTICE - 1
CV-10-424-RMP

**PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle  WA  98121 Tel. 206.462.6700  Fax 206.462.6701

164574

This motion is supported by Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Class Action Settlement and Form and Manner of Notice and the exhibits attached thereto.

DATED this 13th day of February, 2012.

                PATERSON BUCHANAN FOBES
                LEITCH & KALZER, INC., P.S.

By: s/ Michael A. Patterson
Michael A. Patterson, WSBA 7976
Email: map@pattersonbuchanan.com
Attorney for Defendant Spokane County

By: s/ Breean L. Beggs
Agreed via E-mail approval
Breean L. Beggs
522 W. Riverside Ave., Ste. 560
Spokane, WA 99201-0519
Phone: 509-232-7760
Email: bbeggs@pt-law.com

Jeffry Keith Finer
35 West Main Street, Suite 300
Spokane, WA 99201
Phone: 509-747-4900
Email: jeffry@finer-bering.com
Attorneys for Plaintiffs

JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND FORM AND MANNER OF NOTICE - 2
CV-10-424-RMP

**PATERSON BUCHANAN FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701

164574

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Breean L. Beggs, Attorney
Paukert & Troppmann, PLLC
522 West Riverside Avenue, Suite 560
Spokane, WA  99201
Phone:  (509) 232-7760
Email:  bbeggs@pt-law.com

Jeffry Keith Finer
35 West Main Street, Suite 300
Spokane, WA  99201
Phone: 509-747-4900
Email:  jeffry@finer-bering.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated at Seattle, Washington, on February 13th, 2012.

/s/ *Jennifer N. Culbertson*
Jennifer N. Culbertson, Legal Assistant
2112 Third Avenue, Suite 500
Seattle, WA  98121
jnc@pattersonbuchanan.com
Phone: (206)462-6700
Fax: (206)462-6701

JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND FORM AND MANNER OF NOTICE - 3
CV-10-424-RMP

164574

**PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle  WA  98121 Tel. 206.462.6700  Fax 206.462.6701