Michael A. Patterson, WSBA 7976
Michael T. Kitson, WSBA 41681
PATTERSON BUCHANAN FOBES LEITCH &
KALZER, INC., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121
Tel. 206.462.6700
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA ORVIS, a single woman and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SPOKANE COUNTY, a municipal corporation,<br><br>　　　　Defendant. | No. CV-10-424-RMP<br><br>JOINT MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, INCENTIVE AWARDS AND ATTORNEYS' FEES AND COSTS |

Parties, by their undersigned counsel, move the Court for an Order granting final approval to the proposed Settlement of this case as set forth in the Class Action *Settlement Agreement*, filed contemporaneously with this motion, the terms of which provide for a cash payment for the benefit of the *Class* for a no-to-exceed amount of $278,744.50.

JOINT MOTION FOR FINAL APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT,
INCENTIVE AWARDS AND ATTORNEYS' FEES
AND COSTS - 1
CV-10-424-RMP

186004

**PATTERSON BUCHANAN**
**FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle  WA  98121 Tel. 206.462.6700  Fax 206.462.6701

This motion is supported by the attached memorandum, the Class Action *Settlement Agreement*, the Declaration of Michael T. Kitson and the exhibits attached thereto, the Declaration of Breean Beggs and the exhibits attached thereto, the Declaration of Jeffry Finer and the exhibits attached thereto, and the Declaration of Jennifer Slattery and exhibits attached thereto.

A proposed order of final judgment and dismissal is attached.

DATED this 4th day of June, 2012.

>PATTERSON BUCHANAN FOBES LEITCH & KALZER, INC., P.S.
>
>Michael A. Patterson, WSBA 7976
>2112 Third Avenue, Suite 500
>Seattle, WA 98121
>Phone: 206-462-6700
>Email: map@pattersonbuchanan.com
>
>By: s/ Michael T. Kitson
>Michael T. Kitson, WSBA 41681
>2112 Third Avenue, Suite 500
>Seattle, WA 98121
>Phone: 206-462-6700
>Email: mtk@pattersonbuchanan.com
>
>Attorneys for Defendant Spokane County
>
>By: s/ Breean L. Beggs
>Agreed via E-mail approval
>Breean Laurence Beggs
>35 West Main Street, Suite 300
>Spokane, WA 99201
>Phone: 509-835-5211
>Email: breean@cforjustice.org

JOINT MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, INCENTIVE AWARDS AND ATTORNEYS' FEES AND COSTS - 2
CV-10-424-RMP

**PATTERSON BUCHANAN FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701

186004

1
2
3

Jeffry Keith Finer
35 West Main Street, Suite 300
Spokane, WA  99201
Phone: 509-747-4900
Email: jeffry@finer-bering.com

4

Attorneys for Plaintiffs

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

JOINT MOTION FOR FINAL APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT,
INCENTIVE AWARDS AND ATTORNEYS' FEES
AND COSTS - 3
CV-10-424-RMP

**PATTERSON BUCHANAN**
**FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle  WA  98121 Tel. 206.462.6700  Fax 206.462.6701

186004

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Breean L. Beggs, Attorney
> Paukert & Troppmann, PLLC
> 522 West Riverside Avenue, Suite 560
> Spokane, WA  99201
> Phone:  (509) 232-7760
> Email:  bbeggs@pt-law.com
>
> Jeffry Keith Finer
> Center for Justice
> 35 West Main Street, Suite 300
> Spokane, WA  99201
> Phone: 509-747-4900
> Email: jeffry@finer-bering.com
> Attorneys for Plaintiffs

I certify under penalty of perjury that the foregoing is true and correct.

Dated at Seattle, Washington, on June 4, 2012.

> /s/ *Jennifer N. Culbertson*
> Jennifer N. Culbertson, Legal Assistant
> 2112 Third Avenue, Suite 500
> Seattle, WA  98121
> jnc@pattersonbuchanan.com
> Phone: (206)462-6700
> Fax: (206)462-6701

JOINT MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, INCENTIVE AWARDS AND ATTORNEYS' FEES AND COSTS - 4
CV-10-424-RMP

186004

**PATTERSON BUCHANAN**
**FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle  WA  98121 Tel. 206.462.6700  Fax 206.462.6701