UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA ORVIS, a single woman and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SPOKANE COUNTY, a municipal corporation,<br><br>　　　　　Defendant. | No. CV-10-424-RMP<br><br>ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, INCENTIVE AWARDS AND ATTORNEYS' FEES AND COSTS |

THIS MATTER comes before the Court, pursuant to the Order of this Court, ECF No. 41, on the joint application of the *Settling Parties* for approval of the settlement set forth in the *Class Action Settlement Agreement* dated as of February, 13, 2012 (the "*Settlement Agreement*" or the "*Agreement*"), ECF No. 41. Having determined that due and adequate notice has been given to the *Settlement Class* (as defined in the *Agreement*, ECF No. 41-1) as required in the Court's Order at ECF No. 41, and the Court having considered all papers filed and having heard from the parties in Spokane, Washington, on June 11, 2012, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

ORDER ~ 1

1. This Order incorporates by reference the definitions in the *Agreement*, and all italicized terms herein shall have the same meanings as set forth in the *Agreement*.

2. This Court has jurisdiction over the subject matter of this action and over all members of the *Settlement Class*.

3. The notice given to *Class Members* and the other matters set forth in the *Agreement* was the best notice practicable under the circumstances, including: (i) individual *Mailed Notice* to all *Class Members* who could be identified through reasonable effort based upon Spokane County records, and Advanced Address Searches for *Class Members* whose *Mailed Notice* was returned as undeliverable; and (ii) *Publication Notice* twice in the *Spokesman Review*. Said notice provided due and adequate notice of these proceedings and of the matters set forth in the *Agreement*, including the proposed *Settlement*, to all persons entitled to such notice, and said notice fully satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process.

4. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court **hereby approves** the *Settlement* as set forth in the *Agreement* and the proposed *Plan of Allocation* as set forth in the *Mailed Notice*. The Court finds that said *Settlement* and the *Plan of Allocation* are, in all respects, fair, reasonable and

ORDER ~ 2

adequate with respect to the *Settlement Class*, and directs that the *Settlement* be consummated in accordance with the terms and conditions set forth in the *Agreement* and the *Plan of Allocation*. The Court hereby Orders, Adjudges and Decrees that the *Settlement Agreement* is binding on the *Named Plaintiff*, the *Settlement Class*, and the *Defendant* according to its terms.

5. *Class Counsel* are **hereby awarded**, from the *Settlement Amount*, attorneys' fees in the amount of $83,623.35, and the reimbursement of their expenses in the amount of $1,205.50. Both amounts are to be paid in accordance with the terms and conditions of the *Agreement*.

6. The Court has considered the request that it award an *Incentive Award* to the *Named Plaintiff*, Ms. Orvis, in this action. The Court **grants** the request on the basis of its finding that Ms. Orvis has been an active, cooperative class representative who has placed her incarceration history available for public scrutiny for the benefit of the class. Accordingly, the Court approves an *Incentive Award* of $10,000.00 for Ms. Orvis. The *Incentive Award* shall be paid in accordance with the terms and conditions of the *Agreement*.

7. As orally discussed and ordered at the hearing on June 11, 2012, the *Agreement* shall be modified pursuant to this Order, only with respect to the provision governing reversion of unallocated funds to the County. Namely,

ORDER ~ 3

reversion of funds shall take place at the conclusion of **60 days** from the resolution of any and all appeals of this Order and subsequent judgment in this matter.

8.   The Court hereby dismisses this action in its entirety as to *Defendant*, Spokane County, with prejudice and without costs (except as otherwise provided in the *Agreement*).

9.   This Order is a final judgment in the action as to all claims among the *Defendant*, on the one hand, and the *Named Plaintiff* and all *Class Members*, on the other.

10.   Without further order of the Court, the parties may agree to reasonable extensions of time to carry out any of the provisions of the *Agreement*.

**IT IS SO ORDERED.**

The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment as set forth above, and **close the file** in this case.

**DATED** this 11th day of June 2012.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER ~ 4