AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LISA ORVIS, a single woman and others similarly situated,

                Plaintiff,

v.

SPOKANE COUNTY, a municipal corporation,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-424-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court approves the Settlement as set forth in the Agreement and the Plan of Allocation as set forth in the Mailed Notice and is binding on the Named Plaintiff, the Settlement Class, and the Defendant according to its terms.

Class counsel is awarded attorneys fees in the amount of $83,623.35 and reimbursement of expenses in the amount of $1,205.50, both to be paid in accordance with the terms and conditions of the Settlement Agreement.

Ms. Orvis is awarded an Incentive Award of $10.000.00 to be paid in accordance with the terms and conditions of the Settlement Agreement.

Reversion of unallocated funds to the County shall take place at the conclusion of 60 days from the resolution of any and all appeals of the Order filed 6/13/12 (Ct. Rec. 57) and subsequent judgment in this matter.

June 13, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson